# Exhibit C

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION

EURAND, INC., CEPHALON, INC., AND ANESTA AG,
*Plaintiffs-Appellees,*

v.

MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,
*Defendants-Appellants.*

2011-1399

Appeal from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

**ON MOTION**

Before GAJARSA, *Circuit Judge.*

**ORDER**

Mylan Pharmaceuticals Inc. et al. submit a motion for a stay, pending appeal, of the injunction entered by the

EURAND v. MYLAN                                                    2

United States District Court for the District of Delaware on May 24, 2011. Mylan also requests an immediate stay of the injunction pending disposition of its motion for a stay, pending appeal and for expedited briefing of the stay motion.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Eurand, Inc. et al. are directed to respond no later than 12:00 p.m. on May 31, 2011.

(2) Mylan's request for an immediate stay is granted to the extent that the injunction is temporarily stayed pending the court's receipt of the response and the court's consideration of the papers submitted.

FOR THE COURT

MAY 25 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James H. Wallace, Jr., Esq.
    William J. Marsden, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 25 2011

JAN HORBALY
CLERK